Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------x

IN RE:                                        :
Fosamax Products Liability Litigation         :

--------------------------------------------------------x

*This Document Relates to:*                   :        1:06-md-1789 (JFK)
Mary Turner                                   :
v. Merck & Co., Inc.                          :
                                              :
Case No: 1:08-cv-06328-JFK                    :        **Rule 7.1 Statement**

--------------------------------------------------------x


        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges

and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the

undersigned attorneys of record for Defendant Merck & Co., Inc. certify that it has no parent

companies and are not aware of any beneficial owner of more than ten percent of its Common

Stock.

Dated:  New York, New York
        August 26, 2008

                      Respectfully submitted,

                      HUGHES HUBBARD & REED LLP

                      By:  /s/
                        Norman C. Kleinberg
                        Theodore V. H. Mayer
                        William J. Beausoleil

                      One Battery Park Plaza
                      New York, New York 10004-1482
                      (212) 837-6000
                      kleinber@hugheshubbard.com
                      mayer@hugheshubbard.com
                      beausole@hugheshubbard.com
                      *Attorneys for Defendant Merck & Co., Inc.*